# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOLA GONZALEZ : | |
|     Plaintiff : | |
| vs. : | Case No. 1:14-cv-02188-JEJ |
| : | |
| BULKMATIC TRANSPORT COMPANY, : | |
|     Defendant : | |

## STIPULATION OF DISMISSAL

AND NOW, come the parties hereto, by and through their respective counsel, and do Stipulate that this matter has been fully resolved and therefore shall be dismissed with prejudice.

Respectfully submitted,

By: /s/ *Sara A. Austin*
    Sara A. Austin, Esquire
    Supreme Ct. I.D. #59052
    226 E. Market St.
    York, PA  17403
    Telephone (717) 846-2246
    saustin@austinlawllc.com
    Attorney for Plaintiff

By: /s/ *Adam Shienvold*
    Adam Shienvold, Esquire
    Supreme Ct. I.D. #81941
    213 Market St., 8th Fl.
    Harrisburg, PA  17101
    Telephone (717) 237-6029
    ashienvold@eckertseamans.com
    Attorney for Defendant